UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joseph Puiia, Jr.</u>

     v.                                                         Civil No. 1:12-cv-54-PB

<u>Philip Cross, et al</u>

### ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Complaint in the above-captioned case contains personal identifiers listed in Fed. R. Civ. P. 5.2(a).   The Complaint references the names and ages of individuals known to be minors. Making this information available over the Internet may result in personal or financial harm to the persons whose personal information is contained in the Complaint.   Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      SO ORDERED.

                                            /s/ Landya B. McCafferty
                                            Landya B. McCafferty
                                            United States Magistrate Judge

Date:   February 13, 2012

cc:   Joseph Puiia, Jr., pro se