UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>**Joseph Puiia, Jr.**</u>

    **v.**                                           Civil No. 12-cv-54-PB

<u>**Philip Cross, et al.**</u>

<u>O R D E R</u>

Plaintiff Joseph Puiia, Jr. has filed a complaint (Doc. No. 1) that includes plaintiff's request for a temporary restraining order and preliminary injunction. The request for a temporary restraining order is denied as plaintiff has failed to comply with the notice requirements of Fed. R. Civ. P. 65(b). Consideration of the request for injunctive relief is deferred until defendant has appeared and responded to the request.

    SO ORDERED.

                                          <u>/s/Paul Barbadoro</u>
                                          Paul Barbadoro
                                          United States District Judge

February 13, 2012

cc:   Joseph Puiia, Jr., pro se